UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA S. MCCOOK | CIVIL ACTION |
| VERSUS | NUMBER: 17-7835 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | SECTION: "J" (4) |

## J U D G M E N T

Considering the court's Order and Reasons dated, May 29, 2020, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Unum Life Insurance Company of America, and against plaintiff, Laura S. McCook with costs to be assessed against plaintiff.

New Orleans, Louisiana, this 29th day of May 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE