UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAURA S. MCCOOK                                    CIVIL ACTION

VERSUS                                              NO. 2:17-CV-07835-CJB-KWR

UNUM LIFE INSURANCE COMPANY OF AMERICA

## NOTICE OF APPEAL

Plaintiff, Laura McCook, appeals to the United States Court of Appeal for the Fifth

Circuit, the Judgment [Doc.32] and Order and Reasons [Doc. 31] entered by this Court on May

29, 2020. This appeal is timely under Rule 4 of Appellate Procedure.


Respectfully submitted,

*/s/* Reagan L. Toledano
Willeford & Toledano
Reagan L. Toledano (La. Bar 29687)(T.A.)
James F. Willeford (La. Bar 13485)
Willeford & Toledano
201 St. Charles Ave. Ste. 4208
New Orleans, LA 70170
Phone: 504/582-1286; (f) 313/692-5927
Email: rtoledano@willefordlaw.com