## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAURA S. MCCOOK** | * | **CIVIL ACTION NO.:  17-7835** |
| | * | |
| **VERSUS** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **UNUM LIFE INSURANCE** | * | **MAGISTRATE JUDGE KAREN** |
| **COMPANY OF AMERICA** | * | **WELLS ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Joint Motion to Dismiss **(Rec. Doc. 39)**:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 3rd day of December, 2020.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**